## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTIN WINEINGER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRANULES USA, INC. and GRANULES PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 2:20-cv-02556-BRM-JAD<br><br>**CONSENT ORDER ADMITTING SCOTT A. BURSOR AS COUNSEL *PRO HAC VICE*** |

**THIS MATTER,** having been opened to the Court by Bursor & Fisher, P.A., counsel for Kristin Wineinger, in the above-captioned matter, for the entry of an order admitting Scott A. Bursor of the law firm Bursor & Fisher, P.A., *pro hac vice.*

**AND** the Court having considered the certifications in support of the application;

**AND** counsel for the Plaintiff having consented to the requested *pro hac vice* admission;

**AND** for good cause shown;

IT IS on this 1st day of June, 2020,

**ORDERED** that Scott A. Bursor is hereby admistted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance and representing Kristen Wineinger in this matter; and it is

**FURTHER ORDERED** that Scott A. Bursor abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is

**FURTHER ORDERED** that Scott A. Bursor shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers Fund for Client Protection and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 10.1(c)(3); and it is

**FURTHER ORDERED** that Scott A. Bursor shall have all pleadings, briefs, and other papers submitted to the Court in this matter filed by Andrew J. Obergfell or another attorney at Bursor & Fisher, P.A. who is admitted to practice before this Court, as the attorney of record in this matter pursuant to Local Civil Rule 101.1(c)(4).

s/ Joseph A. Dickson  
Honorable Joseph A. Dickson  
United States Magistrate Judge
